UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CEASAR SANTILLAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH DAVIS et al.,<br><br>　　　　　　Defendants. | No. ED CV 13-00734-JGB (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the parties' motion and opposition papers, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. The Court has also reviewed Plaintiff's written objections to the Report and Recommendation and made a <u>de novo</u> determination of those portions of the reports to which objections are made.

IT IS HEREBY ORDERED that:

　　1.　　The Report and Recommendation is approved and accepted.

　　2.　　Defendant Davis and Gelvezon's motion to dismiss is granted.

///

3. Plaintiff's Fourteenth Amendment deliberate indifference claim against Davis and Gelvezon is dismissed with leave to amend.

4. Plaintiff's Fifth Amendment due process claim against Davis and Gelvezon is dismissed without leave to amend.

5. If Plaintiff wishes to pursue this action in this Court, he must within twenty-eight (28) days of the date of this Order Accepting Report and Recommendation file a First Amended Complaint that strikes those claims that have been dismissed without leave to amend, remedies the defects in those claims that have been dismissed with leave to amend, and contains no new claims for relief. The First Amended Complaint, bearing the number ED CV 13-00734-JGB (DFM), must be a complete and independent document and must not refer to prior pleadings. Plaintiff is cautioned that failure to file a First Amended Complaint within the time specified by this Order may result in the dismissal of this action with prejudice on the grounds stated in the Report and Recommendation of the U.S. Magistrate Judge and/or for failure to prosecute.

Dated: March 27, 2014

JESUS G. BERNAL
United States District Judge