O

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                          EASTERN DIVISION

| | |
|---|---|
| CEASAR SANTILLAN,<br><br>        Plaintiff,<br><br>        v.<br><br>JOSEPH DAVIS et al.,<br><br>        Defendant. | No. ED CV 13-0734-JGB (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS HEREBY ORDERED that:

    1.    The Report and Recommendation is approved and accepted.

///
///
///

2. Plaintiff's motion to strike is denied.

3. Defendants' motion for summary judgment is granted in part.

4. Plaintiff's Fourteenth Amendment deliberate indifference claim is dismissed with prejudice.

5. Plaintiff's state-law claims are dismissed without prejudice.

6. Judgment shall be entered dismissing this case accordingly.

Dated: June 30, 2016

_____
JESUS G. BERNAL
United States District Judge