O
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CEASAR SANTILLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH DAVIS et al.,<br><br>    Defendants. | No. ED CV 13-0734-JGB (DFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that Plaintiff's Fourteenth Amendment claim is dismissed with prejudice, Plaintiff's state-law claims are dismissed without prejudice, and this action is dismissed.

Dated:   June 30, 2016

                                        JESUS G. BERNAL
                                        United States District Judge